
```
                            United States Bankruptcy Court
                             Southern District of Indiana
In re:                                                          Case No. 17-07645-JMC
Jonathan Edward Fields                                          Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0756-1          User: nratliff              Page 1 of 1           Date Rcvd: Feb 06, 2018
                              Form ID: SF07043            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
db             +Jonathan Edward Fields,    1511 N. Webster Avenue,    Indianapolis, IN 46219-3342
14566256       +Metric,   8520 Allison Point Blvd.,    Suite 220,    Indianapolis, IN 46250-4299
14566257       +Star Financial Bank,    6230 Bluffton Rd.,   Fort Wayne, IN 46809-2260
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14566253       +EDI: CHASE.COM Feb 06 2018 22:43:00      Chase/Bank One Card Service,    PO Box 15298,
                 Wilmington, DE 19850-5298
14566254       +EDI: CITICORP.COM Feb 06 2018 22:43:00      Citicards CBNA,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
14566258        EDI: CITICORP.COM Feb 06 2018 22:43:00      The Home Depot/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
14566255        EDI: USBANKARS.COM Feb 06 2018 22:43:00      Elan Financial,   PO Box 108,
                 Saint Louis, MO 63166
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2018 at the address(es) listed below:
              Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.net
              Evgeny Grigori Mogilevsky    on behalf of Debtor Jonathan Edward Fields eugene@egmlegal.com,
               jolynn@egmlegal.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                               TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
46 E. Ohio St., Rm. 116  
Indianapolis, IN 46204

SF07043 (rev 10/2013)

In re:

**Jonathan Edward Fields**,  
       Debtor.

Case No. **17−07645−JMC−7A**

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on February 5, 2018, by Trustee Elliott D. Levin.

**NOTICE IS GIVEN** that all scheduled assets will be abandoned from the estate **except** Asset No. 12, 2017 Federal & State Tax Refunds. Any objection to the proposed abandonment of property must be filed with the Court by February 20, 2018. Objections should comply with S.D.Ind. B−9013−1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after February 20, 2018.

**NOTICE IS FURTHER GIVEN** that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by May 7, 2018 in order to share in any distribution from the estate.** Instructions to obtain a proof a claim form or to file electronically can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  February 6, 2018

Kevin P. Dempsey  
Clerk, U.S. Bankruptcy Court